UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS O'BRIEN TYSON,

            Plaintiff,

-against-

BOWERY RESIDENTS' COMMITTEE INC. (BRC),

            Defendants.

1:24-CV-8622 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On November 6, 2024, Plaintiff filed the present *pro se* employment-discrimination action, seeking to proceed *in forma pauperis* ("IFP"),[1] and naming as defendants his employer (Bowery Residents' Committee Inc. (BRC)) and individuals. One day earlier, on November 5, 2024, Plaintiff filed a *pro se* employment-discrimination action, seeking to proceed IFP, and naming as defendants many of the same individuals named as defendants in the present action, but not his employer, and alleging most, if not, all of the events alleged in the complaint commencing the present action. *See Tyson v. Rosenblatt*, ECF 1:24-CV-8443, 1 (complaint).

      In the interests of judicial economy, the Court directs the Clerk of Court to file the complaint in the present action as the amended complaint in *Tyson*, 1:24-CV-8443, with a file date of November 6, 2024.

      The Court also directs the Clerk of Court to administratively close the present action. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken

---

[1] Under Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, references to a minor child's name in court submissions should be made by using only the child's name's initials. *See* Fed. R. Civ. P. 5.2(a)(3). Plaintiff, in his IFP application, however, reveals the full name of at least one minor child. Accordingly, in an abundance of caution, the Court has directed the Clerk of Court to restrict electronic access to Plaintiff's IFP application to a "case participant-only" basis.

in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: December 17, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge